# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 3:20-mj-0010 |
| v. | JUDGMENT IN CRIMINAL CASE |
| PAULINE MARIE SEGUIN | (Class B Misdemeanor) |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):
Charge(s) Defendant Convicted of:      Nature of Charge(s)

**36 CFR 261.4(b)**      **Disorderly Conduct**

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

[✓] PAY a fine in the amount of $ 160.00 , a special assessment of $ 10.00 , restitution of $ 0.00 , and a $ 30.00 processing fee.

| Victim Name | Restitution Amount |
|---|---|
| Victim Name | Restitution Amount |
| Victim Name | Restitution Amount |

[✓] Total financial obligation of $ 200.00    due immediately or no later than April 15, 2021

[ ] Monthly Payments of $ ____ per month for ____ months commencing on ____ and each month thereafter by the ____ of the month until paid in full.

[✓] PROBATION for a term of 6 months, expiring on August 9, 2021 . Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

[ ] You shall perform ____ hours of community service by ____

While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

[ ] YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS to be imprisoned for a term of ____
beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814, on ____ by ____ .

[ ] YOU ARE ORDERED TO APPEAR for a REVIEW HEARING on ____ at ____ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

[✓] OTHER: _During the term of probation you are prohibited from entering the Rogue River and Siskiyou National Forests._

IT IS FURTHER ORDERED that financial payments shall be made by CHECK or MONEY ORDER and will be subject to late/ delinquent charges imposed by the Court if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to "CLERK- U.S.D.C" and SENT to the following address:

> CLERK, UNITED STATES DISTRICT COURT
> Eastern District of California- Sacramento Division
> 501 I Street, #4-200
> Sacramento, CA 95814

Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

DATED: 01/22/2021

/s/ Dennis M. Cota
**Dennis M. Cota**
United States Magistrate Judge

CRD Initials: CLP