# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | AMENDED JUDGMENT<br>USDC Case Number: 3:20-mj-0010 DMC |
| v.<br>**PAULINE MARIE SEGUIN** | **JUDGMENT IN CRIMINAL CASE**<br>**(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 36 CFR 261.4(b)36 CFR 261.4(b) | Disorderly Conduct |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $190.00 , a special assessment of $10.00 , restitution in the amount of $ , and a $00 processing fee.
  Victim Name:                                              Restitution Amount $
  Victim Name:                                              Restitution Amount $
  Victim Name:                                              Restitution Amount $

☒ Total financial obligation of $200.00 due immediately or no later than 4/15/2021.
☐ Monthly payments of $ , per month for  months commencing on  and each month thereafter by the  of the month until paid in full.

☒ **PROBATION** for a term of 6 months, expiring on 8/9/2021. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☐ You shall perform  hours of community service by  .

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of  beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on  by  .

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a **REVIEW HEARING** on  at  and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 2/18/2021

*/s/ Dennis M. Cota*
**Dennis M. Cota**
United States Magistrate Judge

CRD  Initials: clp